IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS SMITH,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**BEN CURRY, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. C 09-1997 WHA (PR)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

　　　Defendant S. Murphy has requested a forty-five day extension of time, up to and including February 15, 2010, to file a dispositive motion. The Court, having considered Defendant's request, and good cause having been found:

　　　**IT IS ORDERED** that Defendant's request for an extension of time up to and including February 15, 2010 to file a dispositive motion is GRANTED. Any opposition by Plaintiff to Defendant's dispositive motion shall be filed on or before March 17, 2010. Any reply brief by Defendant shall be filed on or before April 1, 2010.

Dated:  January 8, 2010

The Honorable William Alsup
UNITED STATES DISTRICT COURT JUDGE



1