UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>BEN CURRY, ET AL. et al,<br><br>        Defendant. | Case Number: CV09-01997 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chris Smith
F-51142
California Institution for Men
PO Box 600
Chino, CA 91708

Dated: January 8, 2010

                                            Richard W. Wieking, Clerk
                                            By: D. Toland, Deputy Clerk